HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
TIMOTHY DONALD FIALDINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-mj-069 KJN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| vs. | ) ) | |
| TIMOTHY DONALD FIALDINI, | ) ) | DATE: September 21, 2016 |
| Defendant. | ) ) ) | TIME: 2:00 p.m. JUDGE: Hon. Carolyn K. Delaney |

Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Defendant Timothy Donald Fialdini, through his attorney Hannah R. Labaree, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for September 21, 2016 to November 17, 2016, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through November 17, 2016, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until November 17, 2016. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and the government can provide advance discovery to defense counsel. Mr. Fialdini consents to this continuance.

Stipulation and [Proposed] Order

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

Dated:  September 9, 2016          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Public Defender

                                          */s/ Hannah R. Labaree*
                                          HANNAH R. LABAREE
                                          Attorney for Defendant
                                          TIMOTHY DONALD FIALDINI


Dated: September 9, 2016          PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Michelle Rodriguez*
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to November 17, 2016, at 2:00 p.m.

2. This time up to and including November 17, 2016, shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: September 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order