HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
TIMOTHY DONALD FIALDINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-202 MCE |
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA |
| vs. | DATE: January 26, 2017 |
| TIMOTHY DONALD FIALDINI, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr. |

    Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Defendant Timothy Donald Fialdini, through his attorney Hannah R. Labaree, of the Office of the Federal Defender, hereby stipulate and agree to set a Change of Plea on January 26, 2017 at 10:00 a.m. before this Court.

    Speedy trial time has previously been excluded until February 23, 2017 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: January 19, 2017 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Public Defender |
| | | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Attorney for Defendant<br>TIMOTHY DONALD FIALDINI |
| Dated: January 19, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Michelle Rodriguez*<br>MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

      IT IS SO ORDERED.

**Dated: January 23, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE