IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:16-cr-00202-MCE-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| TIMOTHY DONALD FIALDINI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court appointed the Federal Defender to represent the defendant on August 13, 2019. The Federal Defender has determined this case should go to the panel. CJA Panel attorney Alin Cintean is hereby appointed effective August 19, 2019, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT***

**SUPPORTING APPOINTMENT.**

DATED: 8/21/2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge