1  ALIN D. CINTEAN (SBN 240160)
   Certified Criminal Law Specialist
2  State Bar of California, Board of Legal Specialization

3
   555 Capitol Mall Ste. 755
4  Sacramento, CA 95814
   Phone (916)441-3500
5  Alin@CinteanLaw.com

6
   Attorney for Defendant
7  TIMOTHY DONALD FIALDINI

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12                                           CASE NO.: **2:16-CR-00202-MCE**

    UNITED STATES OF AMERICA
13
         PLAINTIFF                           STIPULATION AND ORDER
14                                           CONTINUING DISPOSITIONAL
                                             HEARING AND EXCLUDING TIME
15

16  TIMOTHY DONALD FIALDINI

17         DEFENDANT

18

19

20

21                    **I.    STIPULATION**

22      Defendant Timothy D. Fialdini by and through his counsel of record and plaintiff United

23  States of America, by and through its counsel of record, hereby stipulate that the previously-

24  scheduled Dispositional Hearing, currently set for December 4th, 2019, be vacated and that the

25  matter be set for Dispositional Hearing on January 16th, 2020 at 10:00 a.m.

26

27
                                      1
28  STIPULATION TO CONTINUE
    DISPOSITIONAL HEARING, ORDER

This continuance is requested because of defense counsel's availability due to involvement in a jury trial.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant to have a hearing within a reasonable time.  IT IS SO STIPULATED.


Dated: 12/2/2019

/s/ *Alin D. Cintean*
Alin D. Cintean
Attorney for Timothy D. Fialdini


/s/ *Tanya Syed*
Tanya Syed
Assistant United States Attorney

STIPULATION TO CONTINUE
DISPOSITIONAL HEARING, ORDER

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's December 4th, 2019 criminal calendar and re-calendared for Dispositional Hearing on January 16, 2020 at 10:00AM.  Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant.

IT IS SO ORDERED.

Dated:  December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO CONTINUE
DISPOSITIONAL HEARING, ORDER